UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL CARR | : | Civil Action: |
| | : | |
| VERSUS | : | |
| | : | |
| CHRISTOPHER D. MAYCLIN, | : | Judge: |
| CRETE CARRIER CORPORATION | : | |
| AND STATE FARM MUTUAL | : | |
| AUTOMOBILE INSURANCE | : | |
| COMPANY | : | Magistrate: |

### **NOTICE OF REMOVAL**

NOW INTO COURT, through undersigned counsel come defendants, CHRISTOPHER D. MAYCLIN AND CRETE CARRIER CORPORATION, Petitioners in this removal action (hereinafter known as Petitioners) who with respect show that:

1.

Petitioners were made defendants in the action titled Michael Carr v. Christopher D. Mayclin, Crete Carrier Corporation, Hartford Insurance Company of the Midwest, Mason Hollis, Geico Casualty Company, and State Farm Mutual Automobile Insurance Company; Suit Number: 607,831-B; 1st Judicial District Court; Caddo Parish, Louisiana.

2.

This action was commenced on April 3, 2018 when the plaintiff filed his Petition for Damages in the First Judicial District Court, Caddo Parish, Louisiana, where it remains pending. The plaintiff's petition did not allege an amount in controversy. Despite Petitioners' required insurance coverage of $1,000,000.00, original plaintiff, Michael Carr, named State Farm, his un-insured insurance company as a defendant. Petitioners annex

hereto, Crete Carrier Corporation's Certificate and Proof of Insurance in the sum of $1,000,000. Petitioners reasonably conclude that the original plaintiff seeks damages exceeding $75,000.

3.

As further shown in the Exhibit of State Court Pleadings, Plaintiff Carr dismissed without prejudice,The Hartford, which is the excess carrier insurer for Crete Carrier Corporation, over its $1,000,000 to $3,000,000 certificate of insurance. Nevertheless, Plaintiff Carr maintained his state court action against his uninsured/underinsured carrier, State Farm.

4.

Additionally, as shown by Petitioners' letter and the Irrevocable Stipulation filed herewith that damages do not exceed the sum of $75,000.00 e-mailed, faxed and mailed to Plaintiff Carr on January 24, 2019 without reply as of this date, confirmed by Petitioners' affidavit attached hereto, Petitioners conclude that Plaintiff Carr seeks damages in excess of $75,000.00.

4.

Removal of this matter is timely because the notice of removal is being filed within 30 days of when the Petitioners obtained a judgment in the state court proceedings, which severed the claims and causes of action involving Plaintiff Carr and other non-diverse defendants, all parties to a second collision on May 10, 2017. The judgment on the Exception of Improper Joinder, was signed by State District Court Judge Craig Marcotte on December 26, 2018 with Notice of Judgment mailed on December 28, 2018, attached hereto.

5.

Plaintiff, Michael Carr, was at the time of filing this lawsuit in state court and remains domiciled in Bossier Parish, Louisiana.

6.

Defendant, Christopher D. Mayclin, is domiciled in Texas.

7.

Defendant, Crete Carrie Corporation, a corporation incorporated in the State of Nebraska, maintains its principal place of business at 400 NW 56th Street, Lincoln, Nebraska 68501.

8.

The amount in controversy exceeds $75,000 and plaintiff is a resident of the state of Louisiana while defendants in this action are domiciled in states other than Louisiana; therefore, this court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

9.

Petitioners file herewith a copy of all pleadings filed in this action in state court. (Collective Exhibit A).

10.

As shown in the state court pleadings, The Hartford has been dismissed without prejudice and the non-diverse party defendants, Mason Hollis and GEICO, have been severed from the cause of action involving the Petitioners herein with only the collision of April 27, 2017.

11.

To the knowledge of Petitioners, no additional process, pleadings, or orders have

been filed in this state court action.

12.

Petitioners show that they contacted counsel for the co-defendant, State Farm, who consents and concurs with Petitioners' Notice of Removal to Federal Court, but has advised that Plaintiff Carr has agreed to dismiss State Farm Mutual Automobile Insurance Company from all pending proceedings relative to the April 27, 2017 collision, making State Farm's written consent moot. Otherwise, Petitioners request leave to submit the signed consent from State Farm subsequently.

13.

On the same date as the filing of this notice, written notice was duly mailed to Plaintiff's counsel of record, Roland V. McKneely, III, 1910 Citizens Bank Drive, Bossier City, LA 71111, and a copy of the Notice of Removal has been mailed to the First Judicial District Court, Parish of Caddo, State of Louisiana for filing in case number 607,831-B.

WHEREFORE, petitioners CHRISTOPHER D. MAYCLIN and CRETE CARRIER CORPORATION, pray that this severed cause of action be removed from the First Judicial District Court, Caddo Parish, Louisiana to the United States District Court for the Western District of Louisiana, Shreveport Division pursuant to 28 U.S.C. § 1441 *et seq.*, because the U.S. District Court for the Western District of Louisiana is the federal judicial district that embraces the First Judicial District Court for Caddo Parish, Louisiana where this action was originally filed.

FURTHER PRAY that Petitioners be granted a trial by jury as to all issues triable by jury.

Respectfully submitted,

PERKINS & ASSOCIATES, L.L.C.:

By: */s/ Mark A. Perkins*
      Mark A. Perkins, # 18529
      John F. Frederickson, #5842

401 Market Street, Suite 900
Shreveport, Louisiana 71101
Telephone: 318/222-2426
Facsimile: 318/222-0458
Perkins@perkinsfirm.com
Frederickson@perkinsfirm.com

ATTORNEYS FOR DEFENDANTS, CHRISTOPHER D. MAYCLIN AND CRETE CARRIER CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of January, 2019, a copy of the foregoing Notice of Removal Certification was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Plaintiff's counsel of record, namely Roland V. McKneely, III, via United States Mail properly addressed to Roland V. McKneely, III, 1910 Citizens Bank Drive, Bossier City, Louisiana 71111, with sufficient postage affixed thereon.

      */s/ John F. Frederickson*
      OF COUNSEL